JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN DURAN,<br><br>         Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.;<br>and DOES 1 through 100, inclusive,<br><br>         Defendants. | Case No.  5:13-CV-00233-JGB (OPx)<br><br>**ORDER DISMISSING ALL CLAIMS AGAINST ALL PARTIES WITH PREJUDICE** |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Based on the parties filing a Stipulation Dismissing Action with Prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), the court hereby dismisses this action with prejudice.  Each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   1/28/2014                           _____
                                                         UNITED STATES DISTRICT JUDGE